RECEIVED
IN LAKE CHARLES, LA.

AUG - 9 2010

TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AHMAD BASSAM ALSALEH | : | DOCKET NO. 2:10-CV-0533 |
| | | Section P |
| VS. | : | JUDGE MINALDI |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL. | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' Motion to Dismiss [doc. 16] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ____ day of August, 2010.

PATRICIA H. MINALDI
UNITED STATES DISTRICT JUDGE